PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Probation
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Elizabeth Tessier                                   Case Number: A03CR0182

Sentencing Judicial Officer:   James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:    May 2, 2005

Original Offense:             Conspiracy to Manufacture Methamphetamine; Manufacturing Methamphetamine

Original Sentence:            36 months custody and 5 years supervised release; search/seizure; drug treatment and testing, mental health treatment.

Date Supervision Commenced: July 6, 2006

## PETITIONING THE COURT

[ ]   To extend the term of probation for _____ years, for a total term of _____ years.
[X]   To modify the conditions of probation as follows:

The defendant shall refrain from the unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

*Request for Modification of Conditions or Term*
*Name of Offender      :       Lawrence Roberts*
*Case Number           :       A03CR0123-10*

## CAUSE

The proposed modification for UA testing is sought in order to continue drug testing in compliance with U.S. v. Stephens, No. 04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Respectfully submitted,

**REDACTED SIGNATURE**

Michael Pentangelo
Senior U.S. Probation Officer
Date: July 31, 2006

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge
Date: 08/01/06

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Elizabeth Tessier                    Docket No. : 03CR0182

I, __Elizabeth Tessier__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant shall refrain from the unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the direction of the probation officer.

Signed: _[signature]_                          Date: 7.19.06
Elizabeth Tessier
Probationer or Supervised Releasee

Witness: _REDACTED SIGNATURE_                  Date: 7/19/06
Michael Pentangelo
Senior U.S. Probation Officer